DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SHARANYA MOHAN (NYRN 5027768)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102-3495
Telephone: (415) 436-7198
Fax: (415) 436-6748
sharanya.mohan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESHWAR CHANDRA CHIKKULIKERE RAJU, DANIEL SHIRES, VIVEK VERMA, RAMYA NATARAJAN, CHIRAG NANDU, PRASANNA DABADE, ASHISH MOHAPATRA, UMANG LALIT SHAH, MEGHA CHAUDHRY, DIVYESH GANATRA, BHANU PRAKASH YADIKI, HANCHIPURA RAMAIAH NATARAJ, PRACHI B. RAUT, SVETLANA KRYLOVA, AND HARSHA POOLA;<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH T. (KEN) CUCCINELLI, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 3:20-cv-1386 (AGT)<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES** |

Plaintiffs, by and through their attorneys of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to a three-week extension of time within which Defendant must serve a response to the amended complaint in the above-entitled action. Defendant will file his response on or before June 2, 2020.

The parties further request a corresponding extension of the deadline for filing a summary

STIPULATION AND PROPOSED ORDER
3:20-CV-1386 (AGT)                                1

judgment motion under the Court's Immigration Mandamus Procedural Order.  Currently, if Plaintiffs have not filed a motion for summary judgment by 90 days after the complaint was filed, or May 24, 2020, Defendant must file a motion for summary judgment by 120 days after the complaint was served, or July 11, 2020.  In light of the requested extension for Defendant's response to the complaint, the parties request that, if Plaintiffs have not filed a motion for summary judgment by June 15, 2020, Defendant must file his motion for summary judgment by August 3, 2020.

DATED:  April 28, 2020                            Respectfully submitted,

                                                DAVID L. ANDERSON
                                                United States Attorney

                                                */s/ Sharanya Mohan*
                                                SHARANYA MOHAN
                                                Assistant United States Attorney[1]

                                                Attorney for Defendant

                                                */s/ Bradley Banias*
                                                BRADLEY BANIAS

                                                Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  Defendant's response to the amended complaint is due by June 2, 2020.  If Plaintiffs have not filed a motion for summary judgment by June 15, 2020, Defendant must file his motion for summary judgment by August 3, 2020.

DATED:  April 29, 2020

                                                Alex G. Tse
                                                United States Magistrate Judge

---

[1] I, Sharanya Mohan, hereby attest, in accordance with the Civil L.R. 5(i)(3), that the concurrence in the filing of this document has been obtained from the other signatories listed here.