DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SHARANYA MOHAN (NYRN 5027768)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102-3495
Telephone: (415) 436-7198
Fax: (415) 436-6748
sharanya.mohan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESHWAR CHANDRA CHIKKULIKERE RAJU, DANIEL SHIRES, VIVEK VERMA, RAMYA NATARAJAN, CHIRAG NANDU, PRASANNA DABADE, ASHISH MOHAPATRA, UMANG LALIT SHAH, MEGHA CHAUDHRY, DIVYESH GANATRA, BHANU PRAKASH YADIKI, HANCHIPURA RAMAIAH NATARAJ, PRACHI B. RAUT, SVETLANA KRYLOVA, AND HARSHA POOLA; <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH T. (KEN) CUCCINELLI, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | Case No. 3:20-cv-1386 (AGT) <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES** |

Plaintiffs, by and through their attorneys of record, and Defendant, by and through his attorneys of record, hereby stipulate as follows, subject to approval of the Court:

1. Plaintiffs filed the complaint in this action on February 24, 2020, alleging unreasonable delay in the adjudication of Plaintiffs' immigrant investor visa applications. Plaintiffs amended their complaint on April 3, 2020.

2. Pursuant to stipulation and order, Defendant's response to the first amended complaint is

due June 2, 2020.

3. Since Plaintiffs initiated this action, certain of the Plaintiffs have had their investor visa petitions adjudicated and granted, or have had other action taken on their applications.

4. Accordingly, Plaintiffs intend to file a second amended complaint asserting claims on behalf of the remaining Plaintiffs.

5. Plaintiffs will file their second amended complaint no later than June 9, 2020.

6. Defendant will file his response to the second amended complaint no later than June 30, 2020.

7. The deadlines for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order, further extended by the Court (Dkt. No. 14) are stayed.  The parties will jointly file a proposed schedule for summary judgment within one week of resolution of any motion to dismiss the second amended complaint, or if no motion to dismiss is filed, within one week of Defendant's answer.

DATED:  May 22, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Sharanya Mohan*
SHARANYA MOHAN
Assistant United States Attorney[1]

Attorney for Defendant


 */s/ Bradley Banias*
BRADLEY BANIAS

Attorney for Plaintiffs

---

[1] I, Sharanya Mohan, hereby attest, in accordance with the Civil L.R. 5(i)(3), that the concurrence in the filing of this document has been obtained from the other signatories listed here.

STIPULATION AND PROPOSED ORDER
3:20-CV-1386 (AGT)                              2

1 **ORDER**

2   Pursuant to stipulation, IT IS SO ORDERED as follows:

3   1.  Plaintiffs will file their second amended complaint no later than June 9, 2020.

4   2.  Defendant will file his response to the second amended complaint no later than June 30, 2020.

6   3.  The deadlines for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order, further extended by the Court (Dkt. No. 14) are stayed.  The parties will jointly file a proposed schedule for summary judgment within one week of resolution of any motion to dismiss the second amended complaint, or if no motion to dismiss is filed, within one week of Defendant's answer.

12  DATED:  May 22, 2020

   _____
   Alex G. Tse
   United States Magistrate Judge