1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  SHARANYA MOHAN (NYRN 5027768)
   Assistant United States Attorney
4  450 Golden Gate Avenue
   San Francisco, California 94102-3495
5  Telephone: (415) 436-7198
   Fax: (415) 436-6748
6  sharanya.mohan@usdoj.gov

7  Attorneys for Defendant

8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION

11

12 | VIVEK VERMA, CHIRAG NANDU, ASHISH MOHAPATRA, UMANG LALIT SHAH, DIVYESH GANATRA, BHANU PRAKASH YADIKI, HANCHIPURA RAMAIAH NATARAJ, PRACHI B. RAUT, SVETLANA KRYLOVA, AND HARSHA POOLA; | Case No. 3:20-cv-1386 (AGT) |
|---|---|
|   | **STIPULATION AND ORDER TO EXTEND DEADLINE** |
|   Plaintiffs, |   |
|   v. |   |
| KENNETH T. (KEN) CUCCINELLI, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, |   |
|   Defendant. |   |

   Plaintiffs, by and through their attorneys of record, and Defendant, by and through its attorneys of record, hereby stipulate as follows, subject to approval of the Court:

   1.   Plaintiffs filed the complaint in this action on February 24, 2020, alleging unreasonable delay in the adjudication of their respective Immigrant Petitions by Alien Investor (Form I-526). Plaintiffs amended their complaint on April 3, 2020 and filed a second amended complaint on June 9, 2020.

   2.   Pursuant to stipulation and order (Dkt. No. 26), a joint status report with a proposed

STIPULATION AND PROPOSED ORDER
3:20-CV-1386 (AGT)                          1

schedule for next steps in this matter is due no later than September 4, 2020.

3. Since that order, the parties have had productive discussions regarding a potential negotiated resolution of this matter, but need some additional time to see if such a resolution can be reached.

4. Therefore, the parties stipulate and respectfully request that the September 4, 2020 deadline for the parties to submit a joint status update with a schedule for next steps in this matter be extended to September 14, 2020.  No other deadlines in this matter are affected by this request.

DATED:  September 1, 2020  Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Sharanya Mohan*
SHARANYA MOHAN
Assistant United States Attorney[1]

Attorney for Defendant


*/s/ Bradley Banias*
BRADLEY BANIAS

Attorney for Plaintiffs

---

[1] I, Sharanya Mohan, hereby attest, in accordance with the Civil L.R. 5(i)(3), that the concurrence in the filing of this document has been obtained from the other signatories listed here.

STIPULATION AND PROPOSED ORDER
3:20-CV-1386 (AGT)                               2

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that the parties shall submit a joint status report with a proposed schedule for next steps in this matter no later than September 14, 2020.

DATED: September 1, 2020

Honorable Alex G. Tse
United States Magistrate Judge