1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  SHARANYA MOHAN (NYRN 5027768)
   Assistant United States Attorney
4
   450 Golden Gate Avenue
5  San Francisco, California 94102-3495
   Telephone: (415) 436-7198
6  Fax: (415) 436-6748
   sharanya.mohan@usdoj.gov
7
   Attorneys for Defendant
8

9                              UNITED STATES DISTRICT COURT

10                            NORTHERN DISTRICT OF CALIFORNIA

11                                   SAN FRANCISCO DIVISION

12

| VIVEK VERMA, CHIRAG NANDU, ASHISH MOHAPATRA, UMANG LALIT SHAH, DIVYESH GANATRA, BHANU PRAKASH YADIKI, HANCHIPURA RAMAIAH NATARAJ, PRACHI B. RAUT, SVETLANA KRYLOVA, AND HARSHA POOLA; | Case No. 3:20-cv-1386 (AGT) **STIPULATION AND ORDER OF DISMISSAL** |
|---|---|
| Plaintiffs, | |
| v. | |
| KENNETH T. (KEN) CUCCINELLI, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

        Pursuant to Federal Rule of Civil Procedure 41(a)(2), all remaining parties who have appeared in

the case now stipulate to dismissal of this case on the following terms.

        WHEREAS, Plaintiffs filed the complaint in this action on February 24, 2020, alleging

unreasonable delay in the adjudication of their respective Immigrant Petitions by Alien Investor (Form I-

526) or I-829 Petition by Investor to Remove Conditions on Permanent Resident Status.  Plaintiffs

amended their complaint on April 3, 2020 and filed a second amended complaint ("SAC") on June 9,

STIPULATION AND ORDER
3:20-CV-1386 (AGT)                           1

2020.  The SAC is brought on behalf of ten Plaintiffs:  Vivek Verma, Chirag Nandu, Ashish Mohapatra, Umang Lalit Shah, Divyesh Ganatra, Bhanu Prakash Yadiki, H.R. Nataraj, Prachi Raut, Svetlana Krylova, and Harsha Poola;

WHEREAS, Defendant, among other things, moved to dismiss Plaintiff Divyesh Ganatra's claims as moot on June 30, 2020;

WHEREAS, the Court granted Defendant's motion to dismiss Plaintiff Ganatra's claims as moot on August 14, 2020;

WHEREAS to date, Defendant has adjudicated and approved the Forms I-526 of the following remaining Plaintiffs:  Chirag Nandu; Bhanu Prakash Yadiki; Prachi Raut; Umang Lalit Shah; Hanchipura Nataraj; Svetlana Krylova; Vivek Verma; and Ashish Mohapatra;

WHEREAS, Plaintiff Harsha Poola has received a Request for Evidence ("RFE") regarding his Form I-526, and the deadline to respond to that request has not yet passed;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that

1. This action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own costs and attorney's fees.

2. USCIS will take further action within 45 days of receiving the response to the RFE issued to Plaintiff Poola, and if any additional RFEs and Notices of Intent to Deny ("NOIDs") are issued for Plaintiff Poola's petition, USCIS will take final action within 45 days of receiving a response to those additional RFEs or NOIDs.

3. If USCIS cannot comply with the deadlines in Paragraph 2, Plaintiffs agree to give USCIS notice through their counsel of the noncompliance and seven days to remedy any such noncompliance.  If USCIS does not remedy any such noncompliance within seven days of such notice, Plaintiffs, as applicable, may move to enforce this settlement within this case and USCIS agrees that the provisions in paragraph 1 related to waiving costs and attorneys' fees will not apply to any such costs and attorneys' fees accrued during the motion to enforce.  USCIS reserves all defenses to any application for fees and/or costs that any of the Plaintiff(s) may submit.

4. However, in the event USCIS proceeds with administrative furloughs before completion of the acts required by this stipulation and order, the deadlines in Paragraph 2 are tolled until those administrative furloughs end.

DATED: September 9, 2020                    Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Sharanya Mohan*
SHARANYA MOHAN
Assistant United States Attorney[1]

Attorney for Defendant


*/s/ Bradley Banias*
BRADLEY BANIAS

Attorney for Plaintiffs

---

[1] I, Sharanya Mohan, hereby attest, in accordance with the Civil L.R. 5(i)(3), that the concurrence in the filing of this document has been obtained from the other signatories listed here.

STIPULATION AND ORDER
3:20-CV-1386 (AGT)                          3

1 **ORDER**

2     Pursuant to stipulation, IT IS SO ORDERED:

3

4 DATED: September 9, 2020

5     _____
    HON. ALEX G. TSE
6     United States Magistrate Judge

STIPULATION AND ORDER
3:20-CV-1386 (AGT)                    4